Cite as 2014 Ark. 534



# SUPREME COURT OF ARKANSAS

IN RE JUSTICE CLIFF HOOFMAN

Opinion Delivered **DEC 11 2014**

## PER CURIAM

The Arkansas Supreme Court wishes to recognize Justice Cliff Hoofman for his service to the State of Arkansas and his work as associate justice on this court. Although his tenure on the court has been brief, he ably served the court and the people of Arkansas in this position, as he has done throughout his career of public service.

Prior to joining this court, Justice Hoofman served as North Little Rock City Attorney. He was a member of the state's House of Representatives for eight years and the Senate for twenty years. While in the Senate, he served as floor leader for Governor Bill Clinton from 1983 to 1986. He was Chairman of the Budget Committee and Senate Chairman of the Legislative Council from 1977 through 2000. After his tenure in the legislature, Justice Hoofman worked in the Arkansas Attorney General's office as an assistant attorney general and director of legislative affairs. In addition to his appointment to this court, he was appointed by Governor Mike Beebe to serve on the Arkansas Highway Commission and as an associate judge on the Arkansas Court of Appeals.

Among numerous other distinctions, Justice Hoofman received the Distinguished Service Award from the Arkansas Municipal League. He was inducted into the City of Maumelle's "Honorary Navy" for his contributions to that city. He was a member of the National Surface Transportation Research Council and the Commission for Arkansas' Future. More recently, Justice Hoofman received the 2014 University of Central Arkansas Distinguished Alumni Award for his extraordinary commitment, dedication, and service to the university and the State of Arkansas.

From these experiences, Justice Hoofman brought invaluable guidance and insight to the court and to the many difficult legal issues being addressed over the past two years. This experience was combined with pragmatism and common sense.

The court expresses its appreciation to Justice Hoofman. We wish him the best in the years ahead.

Chief Justice Jim Hannah

Associate Justice Paul Danielson

Associate Justice Courtney Goodson

Associate Justice Donald Corbin

Associate Justice Karen Baker

Associate Justice Josephine Hart